COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Helen  Mayfield v. Richard Worthen and Comerica Bank, jointly and severally

Appellate case number:  01-20-00669-CV

Trial court case number:  2019-70163

Trial court:  157th District Court of Harris County

Appellant Helen Mayfield filed a notice of appeal of the trial court's order signed on June 26, 2020.  The clerk's record filed in this Court includes her sworn "Affidavit of Inability to Pay Filing Fees."  *See* TEX. R. CIV. P. 145(a), (b), (d); *see also* TEX. R. CIV. P. 502.3.  The clerk's record filed in this Court does not reflect that any motion to require appellant to pay costs or any contest to appellant's declaration was filed. *See* TEX. R. CIV. P. 145(f).  **Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.**  *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                  Acting individually

Date:  July 13, 2021